AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

US
v.
Rigoberto Lopez-Fuentes

APPEARANCE

Case Number: 1:07M29A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Lopez-Fuentes

I certify that I am admitted to practice in this court.

3-14-7
Date

Signature

K J Fitzgerald 5775
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number