UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:07-M-0029A |
| | ) | CR07-_________ |
| RIGOBERTO LOPEZ-FUENTES | ) | |

NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY

Now comes Rigoberto Lopez-Fuentes, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the proposed criminal information. Mr. Lopez-Fuentes requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully submitted
Rigoberto Lopez-Fuentes
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on April 5, 2006.

/s/ Kevin J. Fitzgerald